UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>DONALD J. JONES, III<br>a/k/a Don Juan | Cr. No. **CR 11 082 S**<br><br>Count 1: 18 U.S.C. §2422(b)<br>(Use of Facility of Interstate Commerce to Attempt Entice a Minor to Engage In Sexual Activity;<br>Count 2: 18 U.S.C. §2423(b), (e), & (f)<br>(Traveling to Engage in Illicit Sexual Conduct);<br>Count 3: 18 U.S.C. § 2241(c)(Attempted Sexual Aggravated Abuse);<br>Count 4: 18 U.S.C. §§§ 2252(a)(2) and (b)(1)<br>(Distribution of Child Pornography);<br>Count 5: 18 U.S.C. §§ 2252(a)(4) & (b)(2)<br>(Possession of Child Pornography);<br>Count 6: 18 U.S.C. § 2260A(Felony by Registered Sex Offender);<br>& 18 U.S.C. §3559(e)(1) |

**FILED MAY 11 2011 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND**

INDICTMENT

The Grand Jury charges:

COUNT 1

1. From on or about March 21, 2011 to on or about April 8, 2011, in the District of Rhode Island, the District of New Jersey, and elsewhere, the Defendant, DONALD J. JONES, III, a/k/a Don Juan, did knowingly use a facility and means of interstate commerce, to wit, the Internet, to attempt to persuade, induce, entice, and coerce an individual, who was at that time purporting to be under the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, sexual penetration by a person eighteen (18) years of age or older with another person fourteen (14) years of age or younger, in violation of Rhode Island General Laws §11-37-8.1.

All in violation of 18 U.S.C. § 2422(b).

1

## COUNT 2

2. That on or about April 8, 2011, in the District of Rhode Island, the District of New Jersey, and elsewhere, the Defendant, DONALD J. JONES, III, a/k/a Don Juan, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f), that is, a sexual act with a person under the age of 18 years of age that would be in violation of chapter 109A of the United States Code if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of 18 U.S.C. §§2423(b), (e), and (f).

## COUNT 3

3. That on or about April 8, 2011, in the District of Rhode Island, the District of New Jersey, and elsewhere, the Defendant, DONALD J. JONES, III, a/k/a Don Juan, traveled in interstate commerce to knowingly attempt to engage in a sexual act, as defined in 18 U.S.C. §2246(2), with a female child who had not attained the age of 12 years, to wit: contact between his mouth and the child's vulva.

All in violation of 18 U.S.C. § 2241(c).

## COUNT 4

4. That from on or about March 28, 2011, to and including, April 5, 2011, in the District of Rhode Island, the District of New Jersey, and elsewhere, the Defendant, DONALD J. JONES, III, a/k/a Don Juan, did knowingly distribute visual depictions that had been mailed, shipped and transported in interstate or foreign commerce, or which contained materials which had been mailed and so shipped and transported, by any means including by computer, the

producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. §2256(2)(A), and such depictions being of such conduct.

All in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 5

5.      That on or about April 8, 2011, in the District of Rhode Island, the District of New Jersey, and elsewhere, the Defendant, DONALD J. JONES, III, a/k/a Don Juan, did knowingly possess one or more matters which contained a visual depiction of sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce and which was produced using materials which had been transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2252(a)(4) and (b)(2).

## COUNT 6

6.      That from on or about March 21, 2011, up to on or about April 8, 2011, in the District of Rhode Island, the District of New Jersey, and elsewhere, the Defendant, DONALD J. JONES, III, a/k/a Don Juan, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. §§ 2422, 2241, and 2423.

All in violation of 18 U.S.C. § 2260A.

Forfeiture Allegations

7. As a result of the offenses alleged in Counts 1, 2, 3, 4, 5, and 6 of this Indictment, pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853 as specified at 18 U.S.C. § 2253(b), the Defendant, DONALD J. JONES, III, a/k/a Don Juan, shall forfeit to the United States of America any and all property constituting visual depictions as described in 18 U.S.C. § 2253(a)(1); any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense as described in 18 U.S.C. § 2253(a)(2); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property as described in 18 U.S.C. § 2253(a)(3).

A TRUE BILL:

**REDACTED**

PETER F. NERONHA
United States Attorney

_____
MARY ROGERS
Assistant U.S. Attorney

5-11-11
_____
DATE

_____
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief